IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONTE MCCOY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PROGRESSIVE INSURANCE** | : | |
| **COMPANY and JOHN DOE** | : | **NO. 20-5592** |

## ORDER

**NOW,** this 2nd day of December, 2020, upon consideration of the Plaintiff's Motion to Remand to the Philadelphia County Court of Common Pleas (Document No. 4) and the Notice of Removal, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.